# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Duane Sutton,  )  | Civil Action No. 4:14-cv-03133-RBH |
| Plaintiff,  ) | |
| v.  ) | **CONSENT ORDER** |
| Balfour Beatty Infrastructure, Inc.,  ) | |
| Defendant.  ) | |

As the Plaintiff has now stipulated that his recovery will be limited to an amount less than $75,000, the parties, as evidenced by the signatures of their counsel below, hereby consent to a remand of this case to the Marion County Court of Common Pleas. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that this matter be hereby remanded to the Marion County Court of Common Pleas.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

August 11, 2014
Florence, South Carolina

WE CONSENT:

HEARN & HEARN, P.A.                              HAYNSWORTH SINKLER BOYD, P.A.

By:   s/Peter L. Hearn, Sr.                            By:   s/Elizabeth H. Black
     Peter L. Hearn, Sr.                                     Elizabeth H. Black
     Attorneys for Plaintiff                               Attorneys for Defendant